# United States Court of Appeals
## For the First Circuit

No. 00-1055

BOSTON EDISON COMPANY,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.
_____

NEW ENGLAND POWER COMPANY,

Intervenor.

ERRATA

The opinion of this Court, issued on December 1, 2000, should be amended as follows.

On page 11, line 4 of footnote 6, replace "<u>sub no.</u>" with "<u>sub nom.</u>".

On page 19, line 9 of 2nd full paragraph, delete ", which" and replace with "that".

On page 23, line 13 of 1st full paragraph, replace "filing" with "filings".